UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIRECTV,

    Plaintiff(s),

vs                                                  Case No: 03-71023
                                                       Honorable Victoria A. Roberts

JOSEPH TAYLOR,

    Defendant(s),
_____/

## ORDER OF DISMISSAL

The parties have advised the Court that they have amicably resolved their

differences. Accordingly,

IT IS ORDERED that this case be dismissed. This Court retains

jurisdiction for the limited purpose of enforcing the terms of the settlement

agreement.

                                           /s/ Victoria A. Roberts
                                           Victoria A. Roberts
                                           United States District Judge

Dated: 5/26/05
-----------------------------------------------------------------------------------------

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Bradley H. Darling & John T. Hermann on the above date.

                                     /s/ Carol A. Pinegar
                                     Deputy Clerk

2:03-cv-71023-VAR-PJK   Doc # 55   Filed 05/26/05   Pg 2 of 2    Pg ID 450